THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL DOLD, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. RAY, Appellant.— Motion granted and appeal dismissed.

■

In the Matter of FREDERICK M. BOUSKILL.— Motion granted and appeal dismissed, with $10 motion costs.

■

JOHN J. WELLS et al., Appellants, v. GEORGE F. WEPPNER et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOLTON THIERRY, Appellant, against ARTHUR D. BRITT, as Sheriff, Respondent.— Motion to appeal as a poor person granted, William J. Ostrowski, Esq., assigned as attorney to conduct appeal, and time for filing and serving records and briefs extended to August 1, 1955. Cross motion to dismiss appeal denied on the ground that the order appealed from is not an intermediate order in a criminal proceeding but is an order in a civil proceeding under article 77 of the Civil Practice Act and is appealable.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES GIOIA, Appellant, against ARTHUR D. BRITT, as Sheriff, Respondent.— Motion to enlarge time for argument of appeal denied on the ground that section 535 of the Code of Criminal Procedure does not apply to appeals in civil proceedings.

FIRST DEPARTMENT, MAY, 1955.

(May 3, 1955.)

■

JOHN DE MARE, Respondent, v. TELECOIN CORPORATION et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

JOSEPH CONTRONE, Appellant, v. LAWRENCE TOPOROFF, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

In the Matter of 34TH STREET GARAGE, INC., et al., Appellants, against BOARD OF ESTIMATE OF CITY OF NEW YORK et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.